

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2021

No. 04-21-00312-CV

**IN THE INTEREST OF K.S.G.H. AND K.R.H.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02157
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant B.H. appeals the trial court's termination of his parental rights. Appellant B.H.'s court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts there are no meritorious issues to raise on appeal. We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill her ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.); *see In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (applying *Anders* procedures in appeal from order terminating parental rights). In compliance with the procedure set out in *Anders*, appellant's attorney has shown that she sent a letter to appellant, which explained his right to review the record and file a pro se brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re A.L.H.*, No. 04-18-00153-CV, 2018 WL 3861695, at *2 (Tex. App.—San Antonio Aug. 15, 2018, no pet.); *In re R.R.*, 2003 WL 21157944, at *4. In the letter to appellant, counsel stated that she had enclosed copies of the brief and motion to withdraw. *See Kelly*, 436 S.W.3d at 313; *In re A.L.H.*, 2018 WL 3861695, at *2; *In re R.R.*, 2003 WL 21157944, at *4. Counsel's letter also advised appellant that if he wished to review the appellate record, he must file a motion in this court. Counsel also enclosed a form motion for this purpose. *See Kelly*, 436 S.W.3d at 313; *In re A.L.H.*, 2018 WL 3861695, at *2; *In re R.R.*, 2003 WL 21157944, at *4. Should appellant wish to review the appellate record, he must file the motion within ten days of the date of this order.

If appellant desires to file a *pro se* brief, we ORDER that he do so on or before **November 10, 2021**. If appellant files a *pro se* brief, appellee may file a responsive brief no later than twenty days after the date appellant's *pro se* brief is filed in this court. We ORDER the motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of the court.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2021.



MICHAEL A. CRUZ, Clerk of Court